STATE OF CONNECTICUT *v.* RAYMOND L. HAYLES

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 564 (AC 17103), is denied.

*Eugene P. Falco*, special public defender, in support of the petition.

*Ellen A. Jawitz*, assistant state's attorney, in opposition.

Decided May 12, 1999

STATE OF CONNECTICUT *v.* CEDRIC EDWARDS

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 903 (AC 16887), is denied.

BERDON, J., dissenting. I would grant certification on the following issue: Did the Appellate Court correctly hold that the defendant Cedric Edwards, an African-American, failed properly to raise before the trial court his request for an evidential hearing in order to challenge the jury array on the ground that it was derived in an unconstitutional manner resulting in the exclusion of African-Americans?

*Lisa J. Steele*, special public defender, in support of the petition.

*Michael E. O'Hare*, assistant state's attorney, in opposition.

Decided May 12, 1999